# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| KARA MCINTOSH,<br><br>Petitioner,<br><br>v.<br><br>NICOLE ENGLISH, *Warden FCI-Waseca*,<br><br>Respondent. | Civil No. 12-0609 (JRT/AJB)<br><br>**ORDER** |

Kara McIntosh, #45114-083, Waseca Federal Correctional Institution, Post Office Box 1731, Unit C, Waseca, MN 56093, pro se petitioner.

Erika Mozangue and Gregory Brooker, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated March 22, 2012. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 3], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

   **IT IS HEREBY ORDERED** that:

   1.   Petitioner's application for leave to proceed in forma pauperis [Docket No. 2] is **DENIED**; and

   2.   Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1], is summarily **DISMISSED** for lack of jurisdiction.

Dated: April 13, 2012                              s/ John R. Tunheim
at Minneapolis, Minnesota                         JOHN R. TUNHEIM
                                                    United States District Judge